In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for Opening and Extending Harrison Avenue from West One Hundred and Seventy-sixth Street to West Tremont Avenue in the Borough of The Bronx.

FULTON DEVELOPMENT CORPORATION, Appellant; SIDNOR REALTY CO., INC., Respondent.

(Argued October 4, 1934; decided October 23, 1934.)

*Paul Windels, Corporation Counsel (John H. Finn, Anson Getman* and *George S. Parsons* of counsel), for The City of New York, appellant.

*Merle I. St. John* for Fulton Development Corporation, appellant.

*Harry H. Chambers, Harry B. Chambers* and *Thomas K. Mahlon* for respondent.

Appeals dismissed, with costs, on the ground that the order appealed from is not a final order. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.